**FILED**

08/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0439



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 22-0439

MAYNARD WHITEMAN,

       Petitioner,

v.

JASON VALDEZ, Yellowstone County
Correction Center,

       Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

       Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

       DATED:   August 11th, 2022.

BOWEN GREENWOOD
Clerk of the Supreme Court